

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2021

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1305
New York, New York 10007

      Re:    *United States* v. *Sierra, et al.*, 11 Cr. 1032 (PAE)

Dear Judge Engelmayer:

      I am leaving the U.S. Attorney's Office at the end of this week.  Accordingly, I respectfully request that the Court terminate my appearance in this case and remove me from the docket.

      Respectfully submitted,

      Audrey Strauss
      United States Attorney

By: /s/
      Sarah Krissoff
      Assistant United States Attorneys
      (212) 637-2232

cc: Defense Counsel (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 2645.

10/8/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge